DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIAN JIMENEZ-JIMENEZ**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3791

[May 17, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Dan L. Vaughn, Judge; L.T. Case No. 472010CF000203D.

Florian Jimenez-Jimenez, Mayo, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***